Norman G. Reece, Jr. (ISB No. 3898)
NORMAN G. REECE, P.C
445 West Chubbuck Road, Suite D
Chubbuck, Idaho 83202
Tel:  (208) 233-0128
Fax:  (208) 233-4895
Email:  normreecelaw@aol.com

Attorney for Defendant, Chris S. Hayes

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| MARIA ANGELICA "ANGIE" CARBAJAL, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>HAYES MANAGEMENT SERVICES, INC., an Idaho Corporation, HAYES TAX & ACCOUNTING SERVICES, INC., an Idaho Corporation,  AND CHRIS S. HAYES, an individual,<br><br>Defendants.<br>_____<br><br>HAYES MANAGEMENT SERVICES, INC., an Idaho Corporation,<br><br>Counterclaimant,<br><br>vs.<br><br>MARIA ANGELICA "ANGIE" CARBAJAL, an individual,<br><br>Counterdefendant. | Case No.  4:19-CV-00287-BLW<br><br>**MOTION TO BIFURCATE** |

Defendant, Chris S. Hayes ("Hayes"), by and through his attorney of record, moves the Court to bifurcate the trial in this matter. Specifically, Hayes asks the Court to have the jury first determine whether Hayes Management employed more than 15 employees during the relevant time periods – a prerequisite to liability under Title VII. *See* 42 U.S.C. § 2000e(b).

This motion is brought pursuant to Federal Rule of Civil Procedure 42(b). Submitted with this motion is the Memorandum of Points and Authorities in Support of Motion to Bifurcate.

DATED this 16th day of September, 2022.

NORMAN G. REECE, P.C

/s/
Norman G. Reece, Jr., of the Firm, Attorney for Defendant, Chris S. Hayes

CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of September, 2022, I served a true and correct copy of the foregoing MOTION TO BIFURCATE via email to the following:

DeAnne Casperson
Amanda E. Ulrich
Ryan S. Dustin
CASPERSON ULRICH DUSTIN PLLC
356 West Sunnyside Road, Suite B
Idaho Falls, ID 83402
dcasperson@workandwage.com
aulrich@workandwage.com
rdustin@workandwage.com

Shelly H. Cozakos
COZAKOS & CENTENO, PLLC
475 W. Main Street
Boise, ID 83707-7626
Email: shelly@pclawboise.com
eService: efile@pclawboise.com

John G. Simmons (ISB No. 3156)
JOHN SIMMONS JD LLM Prof Co
796 Memorial Drive
Idaho Falls, ID 83402
Email: johnsimmonslaw@gmail.com

/s/
Norman G. Reece, Jr.

MOTION TO BIFURCATE - 2
21-1107.7