DeAnne Casperson, Esq. (ISB No. 6698)
dcasperson@workandwage.com
Amanda E. Ulrich, Esq. (ISB No. 7986)
aulrich@workandwage.com
Ryan S. Dustin, Esq. (ISB No. 8683)
rdustin@workandwage.com
CASPERSON ULRICH DUSTIN PLLC
356 W. Sunnyside Rd., Suite B
Idaho Falls, ID 83402
Telephone: (208) 524-0566
Facsimile: (208) 745-2523

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| MARIA ANGELICA "ANGIE" CARBAJAL,<br>Plaintiff<br>v.<br><br>HAYES MANAGEMENT SERVICES, INC.;<br>HAYES TAX & ACCOUNTING SERVICES,<br>INC.; and CHRIS HAYES,<br>Defendants | Case No. 4:19-CV-00287-BLW<br><br>**MOTION TO SEAL** |
| HAYES MANAGEMENT SERVICE, INC<br>Counter-claimant<br>v.<br><br>MARIA ANGELICA "ANGIE" CARBAJAL<br>Counter-defendant | |

Plaintiff, Angie Carbajal ("Carbajal"), by and through her counsel of record Casperson

Ulrich Dustin PLLC, hereby moves the Court to file the following exhibit to the Declaration of

Amanda E. Ulrich in Support of Plaintiff's Motion for Summary Judgment Regarding Defendant

Hayes Management Services, Inc.'s Counterclaims, pursuant to the terms of the Protective Order

filed in this matter and the Court's approval thereof (Dkts. 19 & 22), District of Idaho Local Rule

5.3, and *Kamakana v. City of Honolulu,* 477 F.3d 1173 (9th Cir. 2006):

•        Exhibit B, Payroll Services Conversion Agreement #13219 (Bates Hayes 1372-1379)

•        Exhibit C, template letter to clients (Bates Hayes 1410)

        Plaintiff seeks to file the above noted documents under seal because Defendant Hayes

Management designated these documents as "Confidential – Attorneys Eyes Only."

        Based upon the foregoing, Plaintiff respectfully requests that the Court grant this Motion

to File Under Seal.


DATED this 21st day of September, 2022.          /s/ _____
                                                Amanda E. Ulrich
                                                CASPERSON ULRICH DUSTIN, PLLC