John Simmons ISB3156
John Simmons JD LLM Prof Co
796 Memorial Drive
Idaho Falls ID 83402
208 528 9901
johnsimmonslaw@gmail.com

Attorney for Defendant, Hayes
 Management Services, Inc.

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| MARIA ANGELICA "ANGIE" CARBAJAL,<br>        Plaintiff,<br>vs.<br><br>HAYES MANAGEMENT SERVICE, INC.;<br>HAYES TAX & ACCOUNTING SERVICES,<br>INC.; and CHRIS HAYES,<br>        Defendants. | Case No. 4:19-cv-00287-BLW<br><br>**HAYES MANAGEMENT'S CONCURRENCE WITH MOTION TO BIFURCATE, DKT #129** |
| HAYES MANAGEMENT SERVICE, INC.,<br>        Counter-claimant,<br>vs.<br><br>MARIA ANGELICA "ANGIE" CARBAJAL,<br>        Counter-respondent. | |

    Hayes Management Services, Inc. (the captioned defendant and counter-claimant) submits this concurrence with the bifurcation of trial in this matter as requested by co-defendant, Chris Hayes, i.e., Dkt #129. Hayes Management thinks it extremely unlikely that a jury would find that those that voluntarily attended five or six tax-update classes, one evening a week in November and early December of a year were "employees", particularly since employment is a contractual arrangement and all of the attendees in question have signed affidavits disavowing the notion that they were employees then, as too has Chris Hayes, the president of Hayes Management.  The proper forum for the plaintiff's claims here are state court, as the 15-employee threshold for her federal claims

---

**HAYES MANAGEMENT'S CONCURRENCE WITH MOTION TO**          PAGE 1
  BIFURCATE, DKT #129
*Carbajal v Hayes Management Services*, U.S. District Court for Idaho, Case #4:19-cv-00287-BLW

is not met—and so a jury could find if that question is presented in a short, bifurcated trial before the rest of the claims proceed to trial.

*John Simmons* (signature)

John Simmons

DATED: 2022-10-04