## JURY TRIAL – Day 4

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| Judge: B. Lynn Winmill | Deputy Clerk: Jamie Gearhart |
| Case No: 4:19-cv-287 | Reporter: Tammy Hohenleitner |
| Date: December 14, 2023 | Time:  9:58 – 11:18 a.m. |
| Place: Pocatello | 11:31 – 1:01 p.m. |
| | 1:16 – 2:35 p.m. |
| | 2:50 – 3:56 p.m. |
| | Total time: 5 hours and 15 minutes |

## MARIA ANGELICA CARBAJAL v. HAYES MANAGEMENT SERVICES, INC.

Counsel for Plaintiff: DeAnne Casperson and Amanda Ulrich

Counsel for Defendant: John Simmons and Norman Reece

## WITNESSES
Defendant:
1) Pauline Hayes (continued from 12/13/2023)
2) Michael Joseph Ghiglia
3) Warren Scott Peterson
4) Dru McKay Guthrie
5) Brandy Ann Mann
6) Maribel Carranza
7) Corinne Amy Murdock
8) Chris Stephen Hayes

## EXHIBITS
Plaintiff: 1021 and 1050

Defendant: 2502 (offered by Plaintiff), 2410, 2411, 2412, 2413, 2414, 2380, and 2390

3:56 p.m. – Jury admonished for the evening recess. The jury trial will continue December 15, 2023 at 9:00 a.m.