**JURY TRIAL – Day 5**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO

Judge: B. Lynn Winmill          Deputy Clerk: Jamie Gearhart
Case No: 4:19-cv-287           Reporter: Tammy Hohenleitner
Date: December 15, 2023        Time:  9:11 – 10:31 a.m.
Place: Pocatello                      10:46 – 12:10 p.m.
                                      12:23 – 12:40 p.m.
                                      12:49 – 1:02 p.m.
                                      1:11 – 2:07 p.m.
                                      2:23 – 2:50 p.m.
                                      3:38 – 3:39 p.m.
                                      8:05 – 8:12 p.m.
                              Total time: 4 hours and 45 minutes

MARIA ANGELICA CARBAJAL v. HAYES MANAGEMENT SERVICES, INC.

Counsel for Plaintiff: DeAnne Casperson and Amanda Ulrich

Counsel for Defendant: John Simmons and Norman Reece


WITNESSES
        Defendant:
                1) Chris Stephen Hayes (continued from 12/14/2023)
                2) Roxann Laird
                3) Michelle Lee Waters
                4) Jannene Roth
                5) Rachel Leann Baron

        Plaintiff (Rebuttal):
                1) Kristine "Kris" Hollingsworth (via Zoom)
                2) Bilma Luna (via Zoom)
                3) Bonnie Burling (via Zoom)
                4) Maria Angelica Carbajal

EXHIBITS
        Plaintiff: 1020, 1053, 1048, and 1026

        Defendant: 2501

11:24 a.m. – Defense rests

12:07 – 12:10 p.m. – Matters taken up outside the presence of the jury regarding the IHRC issue and jury instructions.

12:49 – 1:02 p.m. – Matters taken up outside the presence of the jury regarding, other employee evidence, HMS counterclaims, actions before the IHRC, and jury instructions.

1:11 p.m. – Jury present and instructed.

Closing arguments

Post closing jury instructions.

Bailiffs sworn.

Jury retired at 2:49 p.m.

3:38 – 3:39 p.m. – The Court addressed jury question #1 with counsel without the jury present.

Jury returned into Court at 8:05 p.m.

Verdict was read and recorded.

Jury polled.

Jury was discharged by the Court.

8:12 p.m. – Court adjourned.

**EXHIBITS RELEASED TO (X)Plaintiff  (X)Defendant**


While meeting with the jurors off the record, the Court discussed reimbursement for hotel expenses for the evening of 12/15/2023 for juror #11 and juror #12. The Court approved the reimbursement.