UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| MARIA ANGELICA "ANGIE" CARBAJAL,<br><br>    Plaintiff,<br><br>v.<br><br>HAYES MANAGEMENT SERVICES, INC.,<br><br>    Defendant. | Case No. 4:19-cv-00287-BLW<br><br>**SPECIAL VERDICT FORM** |

We, the Jury, **unanimously** answer the questions submitted to us as follows:

VERDICT - 1

# CLAIMS

## *Hostile Work Environment*

**For further instruction on the elements of a hostile work environment claim, see Instruction Nos. 12 through 14.**

1. Did Ms. Carbajal prove by a preponderance of the evidence that Hayes Management subjected her to a sexually hostile work environment?

    Yes _X_      No ____

*If you answered "Yes" to Question 1, proceed to Question 2. If you answered "No" to Question 1, proceed to Question 4.*

2. Did Ms. Carbajal prove by a preponderance of the evidence that any act that was part of Ms. Carbajal's hostile work environment claim occurred after February 22, 2017?

    Yes _X_      No ____

*If you answered "Yes" to Question 2, proceed to Question 3. If you answered "No" to Question 2, proceed to Question 4.*

3. Did Ms. Carbajal prove by a preponderance of the evidence that any act that was part of Ms. Carbajal's hostile work environment claim occurred after April 28, 2017?

    Yes _X_      No ____

*Proceed to Question 4.*

## *Retaliation*

**For further instruction on the elements of a retaliation claim, see Instruction No. 15.**

4. Did Ms. Carbajal prove by a preponderance of the evidence that Hayes Management retaliated against her?

Yes  X            No____

*If you answered (i) "No" to Question 1 or Question 2, and (ii) "No" to Question 4, this ends your deliberations, and your foreperson should sign and date the last page of this verdict form.*

*Otherwise, proceed to Question 5.*

## DAMAGES

**For further instruction on damages see Instruction Nos. 17 through 20.**

5. What amount of damages should be awarded to Ms. Carbajal as back pay?

   $ 36,172.00

6. What amount of damages should be awarded to Ms. Carbajal for emotional distress and loss of enjoyment of life?

   $ 25,000.00

7. Did Ms. Carbajal prove she is entitled to punitive damages?

   Yes  X            No____

*If you answered "Yes" to Question 7, proceed to Question 8.*

8. What amount of punitive damages should be awarded against Hayes Management?

   $ 50,000.00

*You are finished. Please have the foreperson sign this form and notify the Bailiff.*

Dated: 12/15/2023                           _____
                                                  Foreperson

**VERDICT - 3**